# DRUCKMAN LAW GROUP PLLC

242 Drexel Avenue
Westbury, New York 11590
(516) 876-0800
Fax (516) 876-0888

---

October 25, 2017

Docketed to ECF on October 27, 2017

The Honorable Robert E. Littlefield, Jr.
United States Bankruptcy Court
Northern District of New York
James T. Foley Courthouse
445 Broadway, Suite 330
Albany, NY 12207

           **RE:**    Case No. 15-12125-1-rel
        **Debtor:**    Mark Thomas and Dawn Thomas

Dear Judge Littlefield:

      Please allow this letter to serve as a status report in the pending Loss Mitigation pursuant to the Northern District of New York Bankruptcy Loss Mitigation Program. Our office represents Shellpoint Mortgage Servicing in the above reference case.

      At the last hearing, we advised the court that the executed loan modification sent to Shellpoint was a copy of the agreement and not the original. Shellpoint has mailed Debtor's Counsel a duplicate original of the modification on or about November 25, 2016, April 7, 2017, June 28, 2017 and August 31st, 2017, all with a return envelope to send the original executed modification back to Shellpoint to complete the modification process. To date, we have only received a copy of the modification instead of the original as needed. On or about October 3, 2017, a denial letter has been sent out due to the original executed modification not being provided to us.

If there are any questions, please feel free to contact me at 516-876-0800 x 19.

                                    Very truly yours,

                                    By:*/s/ Stuart L. Druckman*
                                    Stuart L. Druckman, Esq.
                                    Druckman Law Group PLLC
                                    Attorneys for Movant
                                    242 Drexel Avenue
                                    Westbury, New York 11590

CC:  Kristie Hanson  kristie@hansonlawonline.com