# DRUCKMAN LAW GROUP PLLC

242 Drexel Avenue
Westbury, New York 11590
Tel: (516) 876-0800
Fax: (516) 876-0888

November 14, 2017

Docketed to ECF on November 14, 2017

Hon. Chief Judge Cecelia G. Morris
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 100004-1408

    **Re:**   **Case No.** 17-10225-CGM
           **Debtor: Ludlow A. Scott**

Dear Judge Morris:

    Please allow this letter to serve as a status report in the pending Loss Mitigation. Our office represents SHELLPOINT MORTGAGE SERVICING AS SERVICING AGENT FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, et. al., in the above referenced case.

    As of November 14, 2017, we have not received any documents to review the Debtor for loss mitigation. As per our investor, documents go stale and need to be updated after 90 days from the day that they are dated. The documents submitted for review on September 19, 2017 were dated for June 29, 2017. As per conversation with the receptionist at Debtor's counsel's office, Debtor will not be updating nor providing us with additional documentation.

    If there are any questions, please feel free to contact me at 516-876-0800 ext. 19 with any questions or concerns.

                              Very truly yours,

                              */s/Stuart Druckman*
                              Stuart Druckman

cc: Michael H. Schwartz, Esq.