# DRUCKMAN LAW GROUP PLLC

242 Drexel Avenue
Westbury, New York 11590
(516) 876-0800
Fax (516) 876-0888

---

February 2, 2018

Docketed to ECF on February 2, 2018

The Honorable Robert E. Littlefield, Jr.
United States Bankruptcy Court
Northern District of New York
James T. Foley Courthouse
445 Broadway, Suite 330
Albany, NY 12207

        **RE:**    **Case No. 15-12125-1-rel**
        **Debtor: Mark Thomas and Dawn Thomas**
        **DLG:**   **36022**

Dear Honorable Littlefield:

    Please allow this letter to serve as a status report in the pending Loss Mitigation pursuant to the Northern District of New York Bankruptcy Loss Mitigation Program. Our office represents Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust in the above reference case.

    On November 2, 2017, we received the executed Loan Modification from Debtor's Counsel. As directed on January 23, 2018, we are working with Debtor's counsel to produce a Stipulation to Approve the Loan Modification. We are respectfully requesting an adjournment, on consent, to allow both parties to finalize the Stipulation and file it with the court.

    If there are any questions, please feel free to contact our office at 516-876-0800.

        Very truly yours,

        By:*/s/ Stuart L. Druckman*
        Stuart L. Druckman, Esq.
        Druckman Law Group PLLC
        Attorneys for Movant
        242 Drexel Avenue
        Westbury, New York 11590

CC: Kristie Hanson kristie@hansonlawonline.com